IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

        Plaintiff,

    v.

MALE EXCEL INC.,

        Defendant.

Case No.  26-cv-06191-MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPY OF NOTICE OF REMOVAL**

On June 25, 2026, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a courtesy copy of its Notice of Removal, filed June 22, 2026, as well as exhibits attached thereto.  Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: July 1, 2026

_____
MAXINE M. CHESNEY
United States District Judge