STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
MICHAEL D. ABRAHAM (SBN 125633)
  mabraham@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant Male Excel Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>MALE EXCEL INC., a Florida Corporation; and DOES 1-100, inclusive,<br><br>       Defendant. | Case No. 3:26-cv-06191-MMC<br><br>[Removed from the Superior Court of the State of California, County of Contra Costa, Case No. C26-01540]<br><br>**STIPULATION AND [PROPOSED] ORDER RE: INDIVIDUAL ARBITRATION, FILING AMENDED COMPLAINT, AND EXTENSION OF TIME TO RESPOND**<br><br>The Hon. Maxine M. Chesney |

Pursuant to Civil Local Rule 6-2, Plaintiff John Doe ("Plaintiff John Doe") and Defendant Male Excel Inc. ("Defendant") by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on May 5, 2026, Plaintiff John Doe commenced this action, individually and on behalf of a putative class, by filing a Class Action Complaint and Demand for Jury Trial (the "Complaint") in the Superior Court of the State of California, County of Contra Costa, captioned *John Doe v. Male Excel Inc.*, Case No. C26-01540 (the "State Court Action").

WHEREAS, on June 22, 2026, Defendant removed this action to the United States District Court for the Northern District of California.

WHEREAS, on June 23, 2026, the parties stipulated to extend Defendant's deadline to respond to the Complaint to July 13, 2026 (*see* ECF No. 4);

WHEREAS, Defendant intended to file a motion to compel individual arbitration as to Plaintiff John Doe and to seek to stay this action in conjunction with compelling individual arbitration, as well as to extend Defendant's response deadline until 14 days after the Court ruled on the motion to compel individual arbitration;

WHEREAS, Plaintiff John Doe has agreed to refile his claims as an individual arbitration as required by Defendant's Terms and Conditions to which Plaintiff John Doe agreed and to dismiss his own claims in this Action;

WHEREAS, Plaintiff's counsel intends to file an amended complaint in this action with a new plaintiff on or before July 17, 2026, and has agreed to extend the time for Defendant to respond until August 14, 2026;

WHEREAS, the parties hereto agree that Defendant does not waive any substantive or procedural defense or right concerning the claims in the previously filed Complaint or the forthcoming amended complaint by executing or filing this Stipulation; and

WHEREAS, the additional time to respond to the forthcoming amended complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff John Doe will refile his claim as an individual arbitration in accordance with Defendant's Terms and Conditions and dismiss his own claims in this Action, Plaintiff's counsel will file an amended complaint with a new plaintiff on or before July 17, 2026, and Defendant's time to respond shall be extended to August 14, 2026.

DATED:  July 8, 2026                    BARTKO PAVIA LLP

                                       By:  ___/s/ Stephen C. Steinberg___
                                            Stephen C. Steinberg
                                            Attorneys for Defendants Male Excel Inc.

DATED:  July 8, 2026                    POTTER HANDY LLP

                                       By:  ___/s/ James Treglio___
                                            James Treglio
                                            Attorneys for Plaintiff, on behalf of himself and all others similarly situated

## ATTESTATION OF E-FILER

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 8, 2026                                         _/s/ Stephen C. Steinberg_

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____July 9_____, 2026   Hon. Maxine M. Chesney
United States District Judge

STIP & ORDER RE: INDIV. ARB., FILING AMENDED COMPL. & EXTENSION OF TIME TO RESPOND