STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
MICHAEL D. ABRAHAM (SBN 125633)
  mabraham@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant Male Excel Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 2, all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MALE EXCEL INC., a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 3:26-cv-06191-MMC<br><br>[Removed from the Superior Court of the State of California, County of Contra Costa, Case No. C26-01540]<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>The Hon. Maxine M. Chesney |

Pursuant to Civil Local Rule 6-2, Plaintiff John Doe 2 ("Plaintiff John Doe 2") and Defendant Male Excel Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on July 9, 2026, the Parties stipulated and the Court ordered that Plaintiff's counsel would file an amended complaint in this action with a new plaintiff on or before July 17, 2026, and to extend the time for Defendant to respond until August 14, 2026, in part because Defendant's counsel had pre-planned travel from July 31 through August 10, 2026;

WHEREAS, Plaintiff John Doe 2 filed a First Amended Class Action Complaint ("FAC") on July 22, 2026, five days later than the previously established deadline;

WHEREAS, the Parties agreed to similarly extend Defendant's deadline to respond to the FAC by five days, to August 19. 2026;

3383.000/5980630.1

Case No. 3:26-cv-06191-MMC

STIP & ORDER RE: EXTENSION OF TIME TO RESPOND

WHEREAS, the additional time to respond to the FAC will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant's time to respond to respond to the FAC shall be extended to August 19, 2026.

DATED:  August 3, 2026                     BARTKO PAVIA LLP

By:        /s/ Stephen C. Steinberg
           Stephen C. Steinberg
           Attorneys for Defendants Male Excel Inc.

DATED:  August 3, 2026                     POTTER HANDY LLP

By:        /s/ Isabel Masanque
           Isabel Masanque
           Attorneys for Plaintiff, on behalf of himself and all others similarly situated

## ATTESTATION OF E-FILER

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 3, 2026                          /s/ Stephen C. Steinberg

STIP & ORDER RE: EXTENSION OF TIME TO RESPOND

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 3, 2026

Hon. Maxine M. Chesney
United States District Judge

STIP & ORDER RE: EXTENSION OF TIME TO RESPOND