United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE 2,
Plaintiff,
v.
MALE EXCEL INC.,
Defendant.

Case No. 26-cv-06191-MMC

**ORDER TO SHOW CAUSE RE: ARTICLE III STANDING; VACATING HEARING AND CASE MANAGEMENT CONFERENCE**

On June 22, 2026, defendant Male Excel Inc. removed the above-titled action from the Superior Court of California, County of Contra Costa, to the United States District Court for the Northern District of California. In cases removed from state court, the removing defendant bears the burden of establishing federal jurisdiction, including Article III standing. See Polo v. Innoventions Int'l, LLC, 833 F.3d 1193, 1196–97 (9th Cir. 2016). Article III standing can be raised at any time, including sua sponte by the court. City of Los Angeles v. Cnty. of Kern, 581 F.3d 841, 845 (9th Cir. 2009). A review of the operative Complaint in this case raises concerns about the Court's subject matter jurisdiction, in particular, Article III standing in internet privacy cases. See Popa v. Microsoft Corp., 153 F.4th 784, 791 (9th Cir. 2025) (affirming dismissal of privacy claims predicated on unauthorized collection of internet browsing data).

Accordingly, defendant is hereby ORDERED TO SHOW CAUSE, in writing and no later than October 16, 2026, why this action should not be remanded to state court for lack of subject matter jurisdiction.

In light thereof, the hearing on the Motion to Dismiss currently scheduled for October 9, 2026, and the Case Management Conference currently schedule for October 16, 2026, are hereby VACATED and, if appropriate, will be reset upon resolution of the Order to Show Cause

**IT IS SO ORDERED.**

Dated: October 2, 2026

MAXINE M. CHESNEY
United States District Judge